UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Norinbek MURODOV,<br><br>                              Petitioner,<br><br>v.<br><br>Kristi NOEM, et al.,<br><br>                              Respondents. | Case No.:  3:26-cv-0666-AGS-BLM<br><br>**ORDER GRANTING HABEAS PETITION (ECF 1), ORDERING BOND HEARING, AND DISCHARGING ORDER TO SHOW CAUSE** |

Petitioner Norinbek Murodov seeks a writ of habeas corpus under 28 U.S.C. § 2241 to challenge his immigration detention. Although it initially opposed the request, the government now "does not oppose this Court ordering that Petitioner receive an individualized bond hearing before an immigration judge." (ECF 10, at 2.) Given that agreement, the Court **GRANTS** the petition and orders that petitioner receive such a bond hearing by April 30, 2026.

In addition, the order to show cause is discharged because respondents' counsel made a sufficient showing as to why he initially missed this Court's deadline. Counsel is admonished to scrupulously adhere to all Court orders and deadlines going forward. All pending deadlines and hearings are vacated. The Clerk's Office is directed to issue a judgment and close this case.

Dated:  April 16, 2026

Hon. Andrew G. Schopler
United States District Judge

1